# MINUTE ORDER

Page 7

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**           Date: 1/29/16       Time: 2:00 p.m.

Defendant: ANTONIO ANIBAL ROSSELLO    J#: 09024-104    Case #: 16-2068-WHITE
AUSA: Cristina Moreno                             Attorney: Robin Kaplan for Jack Goldberger
Violation: UNLICENSED DEALING IN FIREARMS    Surr/Arrest Date: 1/28/2016    YOB: 1974

Proceeding: Initial Appearance                      CJA Appt:
Bond/PTD Held: ○ Yes  ○ No        Recommended Bond:
Bond Set at:                                                  Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs            Language: ENGLISH

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
Counsel filed **TEMPORARY** on ECF.
Defendant held Temporary PTD @
Government request.

**NEXT COURT APPEARANCE**   Date:       Time:       Judge:       Place:
*Report RE Counsel:* 2/2/16       10:00       *Miami Duty*
*PTD Hearing:* 2/2/16             10:00       *Miami Duty*
*Preliminary/Arraignment:* 2/12/16   10:00    *Miami Duty*
Status Conference RE:
D.A.R. 14:35:18                                Time in Court: 4

s/Edwin G. Torres                              Magistrate Judge